IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD HENLEY, #123 127, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv55-WHA |
| | ) | |
| SEVEN McGRIFF, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #2) of the Magistrate Judge is ADOPTED. Plaintiff's complaint under 42 U.S.C. § 1983 is DISMISSED without prejudice as the Court construes it to be an amendment to the complaint already pending in Civil Action No. 2:08-CV-1004-WKW, and it has been docketed as such in that case. An appropriate judgment will be entered.

Done this 23rd day of February, 2009.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE